FOURTH DEPARTMENT, NOVEMBER, 1955.

(November 2, 1955.)

In the Matter of the Accounting of GERTRUDE B. LINGHAM, as Trustee under the Will of CHARLES A. LINGHAM, Deceased, Respondent. HENRY GEORGE SCHOOL OF SOCIAL SCIENCE, Appellant.—

Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.